JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FRANKLIN ROUSE, JR., <br><br> Petitioner, <br><br> v. <br><br> TOM FELKER, <br><br> Respondent. | Case No. CV 07-7712-VAP (JCR) <br><br> JUDGMENT |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus by a Person in State Custody as Time-barred, Petitioner's case is dismissed with prejudice as time-barred by the statute of limitations.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 18 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE